UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY GELINAS,<br><br>Defendant. | Case No.: 05-161M<br><br>DETENTION ORDER |

Offense charged:

Count 1: Possession of Methamphetamine with the Intent to Distribute (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii));

Count 2: Distribution of Methamphetamine (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii); and

Count 3: Conspiracy to Distribute Methamphetamine (21 U.S.C. §§ 841(a)(1). 841(b)(1)(A)(viii), and § 846.

Date of Detention Hearing:   April 7, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) In the Pretrial Services Report of April 7, 2005, the defendant has previous assault convictions and has had a continuing problem dealing with substance abuse.

(2) At the time of his arrest, the defendant attempted to flee. He has no stable ties to the community, or to any persons that would be able to provide appropriate supervision.

(3) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of April, 2005.

s/JAMES P. DONOHUE
United States Magistrate Judge